IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JOSHUA LOCKETT**        **PLAINTIFF**

     v.        NO. 5:21CV5138

       **DEFENDANT**

**UNUM LIFE INSURANCE COMPANY
OF AMERICA**

## CLERK'S ORDER OF DISMISSAL

On this 29th day of November, 2021, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

       AT THE DIRECTION OF THE COURT

       JAMIE GIANI, CLERK

       BY: *Gayle Davis*
            Deputy Clerk